IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD MORTON and JANA MORTON,

    Plaintiffs,

  v.

BRITISH AIRWAYS, PLC, and LISA CONTE,

    Defendants.

No. C 10-05444 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference is **CONTINUED** to **MARCH 17, 2011, AT 11:00 A.M.** A joint case management statement is due at least seven days prior.

**IT IS SO ORDERED.**

Dated: March 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE