IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD MORTON and JANA MORTON,

    Plaintiffs,

  v.

BRITISH AIRWAYS, PLC, and LISA CONTE,

    Defendants.

No. C 10-05444 WHA

**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE**

The request of counsel for defendant British Airways to appear at the case management conference by telephone is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE